# IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MUGWANEZA MUTWARE-BAKER,**<br><br>**Petitioner,**<br><br>v.<br><br>**FRED FIGUEROA, Warden of Diamondback Correctional Center; MARKWAYNE MULLIN, Secretary of United States Department of Homeland Security; TODD BLANCHE, Acting United States Attorney General;[1]**<br><br>**Respondents.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **Case No. CIV-26-1360-R** |

## ORDER TO PETITIONER TO CURE DEFICIENCIES

The Court is in receipt of the documents Petitioner submitted in the above-referenced matter. However, the documents are deficient in the area(s) indicated below:

   X         No filing fee ($5.00) was paid to the Court and/or *in forma pauperis* motion (motion to proceed without prepayment of fees or costs) has not been submitted for filing.

_____     *In forma pauperis* motion is not on the proper form.

_____     *In forma pauperis* motion is missing an original signature by the petitioner.

---

[1] Fred Figueroa is the Warden of Diamondback Correctional Center. And Todd Blanche, Acting United States Attorney General, is a proper respondent in this action. *See Rafati v. Barr*, Case No. 20-CIV-411, 2020 WL 12968837, at *1 (E.D. Okla. Dec. 22, 2020). "If a petitioner names the wrong respondent, this Court may simply substitute the correct party." *Dopp v. McCoin*, No. CIV-18-520-D, 2019 WL 3071984, at *2 (W.D. Okla. Feb. 28, 2019), *adopted*, 2019 WL 1952693 (W.D. Okla. May 2, 2019). The undersigned does so here by substituting Fred Figueroa and Todd Blanche as respondents.

_____    *In forma pauperis* motion is missing financial information and/or signature of authorized officer of penal institution.

_____    *In forma pauperis* motion is missing the certified copy of the statement(s) of petitioner's institutional account(s) for the six-month period immediately preceding filing, obtained from the appropriate official of each penal institution or jail at which Petitioner is or was confined.

_____    Initiating document is not on the proper form and does not supply the Court with equivalent information required by the form.

_____    Initiating document is not properly signed by Petitioner.

**The Court orders Petitioner to cure the deficiencies designated above on or before July 6, 2026.  Failure to comply with this Order may result in the dismissal of this action.**  The Clerk of Court is directed to send Petitioner the necessary forms to comply with this order.

IT IS SO ORDERED this 15th day of June, 2026.

_____
AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE